# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 05, 2024

Ms. Ann Yackshaw
Ms. Julie M. Pfeiffer
Mr. Stephen P. Tabatowski
Office of the Attorney General
Constitutional Offices Section
30 E. Broad Street
16th Floor
Columbus, OH 43215

Re: Case No. 24-3768, *OPAWL - Building AAPI Feminist Leadership, et al v. Dave Yost, et al*
Originating Case No. 2:24-cv-03495

Dear Counsel,

This appeal has been docketed as case number **24-3768** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **September 19, 2024**. The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries. Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant: Appearance of Counsel
Civil Appeal Statement of Parties & Issues
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

Appellee:   Appearance of Counsel
            Disclosure of Corporate Affiliations
            Application for Admission to 6th Circuit Bar (if applicable)

   If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

                                        Sincerely,

                                        s/Gretchen S. Abruzzo
                                        Case Manager
                                        Direct Dial No. 513-564-7018

cc:  Mr. Charles Benjamin Cooper

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 24-3768

OPAWL - BUILDING AAPI FEMINIST LEADERSHIP; NORTHEAST OHIO COALITION FOR THE HOMELESS; ELISA BREDENDIEK; PETER QUILLIGAN; JOHN GERRATH

    Plaintiffs - Appellees

v.

DAVE YOST, in his official capacity as Ohio Attorney General; FRANK LAROSE, in his official capacity as Ohio Secretary of State

    Defendants - Appellants