UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| OPAWL - BUILDING AAPI FEMINIST LEADERSHIP, et al., | )<br>)<br>) |
| Plaintiffs-Appellees/Cross-Appellants, | )<br>) |
| v. | ) O R D E R<br>)<br>) |
| DAVE YOST, in his official capacity as Ohio Attorney General, et al., | )<br>)<br>) |
| Defendants-Appellants/Cross-Appellees. | )<br>) |

Before: McKEAGUE, THAPAR, and DAVIS, Circuit Judges.

Defendants Ohio Attorney General Dave Yost and Ohio Secretary of State Frank LaRose have moved to stay the district court's order preliminarily enjoining them from pursuing civil or criminal liability for any alleged violations of Ohio Revised Code § 3517.121 based on the definition of a "foreign national" in § 3517.121(A)(2)(a) pending appeal. To provide sufficient opportunity to consider the merits of the motion, we conclude that a brief administrative stay is warranted. *See Brady v. Nat'l Football League,* 638 F.3d 1004, 1005 (8th Cir. 2011) (order) (collecting cases). Accordingly, the district court's order is hereby temporarily **STAYED** until October 8, 2024.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk