Case No. 24-3768

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

# ORDER

OPAWL - BUILDING AAPI FEMINIST LEADERSHIP; NORTHEAST OHIO COALITION FOR THE HOMELESS; ELISA BREDENDIEK; PETER QUILLIGAN; JOHN GERRATH

    Plaintiffs - Appellees Cross-Appellants

v.

DAVE YOST, in his official capacity as Ohio Attorney General; FRANK LAROSE, in his official capacity as Ohio Secretary of State

    Defendants - Appellants Cross-Appellees

  Upon consideration of the motions to file an amicus brief filed by filed by Ohio Education Association and Ohio Environmental Council,

  It is ORDERED that the motions be are hereby **GRANTED.**

                                **ENTERED BY ORDER OF THE COURT**
                                Kelly L. Stephens, Clerk

Issued: October 07, 2024