Case No. 24-3768/24-3818

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

**OPAWL - BUILDING AAPI FEMINIST LEADERSHIP; NORTHEAST OHIO COALITION FOR THE HOMELESS; ELISA BREDENDIEK; PETER QUILLIGAN; JOHN GERRATH**

    Plaintiffs - Appellees Cross-Appellants

v.

DAVE YOST, in his official capacity as Ohio Attorney General; FRANK LAROSE, in his official capacity as Ohio Secretary of State

    Defendants - Appellants Cross-Appellees

 

   Upon consideration of amicus' motion for Ohio Education Association to appear at oral argument,

   It is **ORDERED** that the motion is **GRANTED**.

                             **ENTERED BY ORDER OF THE COURT**
                              Kelly L. Stephens, Clerk

Issued: June 24, 2025